**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 133 EAL 2020
                                :
               Respondent        :
                                :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                       :
                                :
                                :
KEITH NORWOOD,                   :
                                :
               Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.